Certificate Number: 16339-TXN-DE-038324804

Bankruptcy Case Number: 24-41032



16339-TXN-DE-038324804

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 28, 2024, at 9:15 o'clock AM EDT, Joey Rodriguez completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:  March 28, 2024

By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor